UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIBA

UNITED STATES OF AMERICA )
)
v. ) Case No. 25-mj-289
)
RAHMANULLAH LAKANWAL )

## ORDER

Michelle Peterson, from the Federal Public Defender's Office, has entered her appearance as counsel for the defendant, Rahmanullah Lakanwal. It is therefore essential to the protection of the defendant's Sixth Amendment right to counsel that she and other members of the defense team be able to meet and consult accurately, meaningfully, and confidentially with the defendant wherever the defendant is detained. Accordingly, it is this 29th day of December, 2025

ORDERED, that Ms. Peterson and other members of the defense team who accompany her, including any interpreter working with the defense team, shall be permitted to meet with the defendant at the D.C. Jail, Correctional Treatment Center or any other facility in which the defendant is detained. It is further

ORDERED that all such meetings between the defendant and members of the defense team shall be confidential, shall not be recorded or overheard by non-defense team persons. Furthermore, because no local Pashto interpreter has been identified, the defense shall be permitted to bring a cell phone into the facility to call the interpreter on the phone or to use a landline provided by the facility for interpretation by the defense interpreter when necessary. The defense team shall not use the cell phone to make any other phone calls while inside the facility.

MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE